Frank E. Scherkenbach (CA Bar #142549)
scherkenbach@fr.com
FISH & RICHARDSON P.C.
225 Franklin Street
Boston, MA 02110-2804
Telephone: (617) 542-5070
Facsimile: (617) 542-8906

Howard G. Pollack (CA Bar #162897)
pollack@fr.com
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063
Telephone: (650) 839-5070
Facsimile: (650) 839-5071

Attorneys for Defendant
SRI INTERNATIONAL, INC.

Stefani E. Shanberg (CA Bar #206717)
sshanberg@wsgr.com
Ryan R. Smith (CA Bar #229323)
rsmith@wsgr.com
Robin L. Brewer (CA Bar # 253686)
rbrewer@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

Attorneys for Plaintiff
FORTINET, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FORTINET, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>SRI INTERNATIONAL, INC., a California corporation,<br><br>Defendant. | Case No. 12-cv-02540 JSW<br><br>**STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Date: August 3, 2012<br>Time: 1:30 PM<br>Place: Courtroom 11, 19th Floor<br>Judge: Hon. Jeffrey S. White |

The parties hereby respectfully submit this stipulated request to continue the Case Management Conference presently scheduled for August 3, 2012. Due to a scheduling conflict caused by international travel of lead counsel for Defendant, SRI International, Inc., the parties have met and conferred and agree to continue the conference until August 17, 2012, or at a later date agreeable with the Court's calendar.

Dated: July 10, 2012  FISH & RICHARDSON P.C.

By: /s/ Howard G. Pollack
    Howard G. Pollack

Attorneys for Defendant
SRI INTERNATIONAL, INC.

Dated: July 10, 2012  WILSON SONSINI GOODRICH & ROSATI

By: /s/ Stefani E. Shanberg
    Stefani E. Shanberg

Attorneys for Plaintiff
FORTINET, INC.

### SIGNATURE ATTESTATION

Pursuant to General Order No. 45, §X(B) and Local Rule 5.1(i)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from its signatory.

/s/ Howard G. Pollack
Howard G. Pollack

The case management conference is HEREBY CONTINUED to August 31, 2012 at 1:30 p.m.

**IT IS SO ORDERED:**

Date: July 11, 2012

Honorable Jeffrey S. White
United States District Court Judge

50855967.doc

2

STIPULATED REQUEST TO CONTINUE CASE
MANAGEMENT CONFERENCE
Case No. 12-cv-02540 JSW