| | |
|---|---|
| 1 | STEFANI E. SHANBERG (State Bar No. 206717) |
| | RYAN R. SMITH (State Bar No. 229323) |
| 2 | ROBIN L. BREWER (State Bar No. 253686) |
| | WILSON SONSINI GOODRICH & ROSATI |
| 3 | Professional Corporation |
| | 650 Page Mill Road |
| 4 | Palo Alto, California 94304-1050 |
| | Telephone: (650) 493-9300 |
| 5 | Facsimile: (650) 565-5100 |
| | E-Mail: sshanberg@wsgr.com |
| 6 | rsmith@wsgr.com |
| | rbrewer@wsgr.com |
| 7 | |
| | Attorneys for Plaintiff |
| 8 | FORTINET, INC. |
| 9 | HOWARD G. POLLACK (State Bar No. 162897) |
| | FISH & RICHARDSON P.C. |
| 10 | 500 Arguello Street, Suite 500 |
| | Redwood City, California 94063 |
| 11 | Telephone: (650) 839-5007 |
| | Facsimile: (650) 849-5071 |
| 12 | E-mail: pollack@fr.com |
| 13 | Attorneys for Defendant |
| | SRI INTERNATIONAL, INC. |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| FORTINET, INC., a Delaware corporation, | ) | Case No. 3:12-cv-02540-JSW |
| Plaintiff, | ) | **JOINT STIPULATION TO DISMISS CERTAIN COUNTS AGAINST DEFENDANT SRI INTERNATIONAL, INC. WITHOUT PREJUDICE** |
| v. | ) | |
| SRI INTERNATIONAL, INC., a California corporation, | ) | [~~PROPOSED~~] **ORDER** |
| Defendant. | ) | |

1  WHEREAS, Plaintiff Fortinet, Inc. ("Fortinet") and Defendant SRI International, Inc. ("SRI") (collectively "the Parties") have met and conferred in an effort to narrow the issues in the above-captioned case;

WHEREAS, Fortinet has agreed to voluntarily dismiss its counts for declaratory judgment numbered 1, 2, 5, 6, and 9-12 in the Complaint (Dkt. No. 1) against SRI relating to U.S. Patent Nos. 6,321,338; 6,704,874; 7,594,260; and 7,694,115, respectively;

WHEREAS, Fortinet will maintain its counts for declaratory judgment numbered 3, 4, 7, and 8 in the Complaint against SRI relating to U.S. Patent Nos. 6,484,203 and 6,711,615, respectively;

WHEREAS, the Parties have agreed that any litigation relating to U.S. Patent Nos. 6,321,338; 6,484,203; 6,704,874; 6,711,615; 7,594,260; and 7,694,115 between the Parties shall take place in the United States District Court for the Northern District of California;

NOW, THEREFORE, the Parties, through their respective counsel, hereby stipulate and agree that Counts 1, 2, 5, 6, and 9-12 against SRI shall be dismissed without prejudice from this action, with each side to bear its own costs and expenses.

Dated: July 13, 2012          WILSON SONSINI GOODRICH & ROSATI
                              Professional Corporation


                              By:      /s/ *Stefani E. Shanberg*
                                          Stefani E. Shanberg

                              Attorneys for Plaintiff
                              FORTINET, INC.


Dated: July 13, 2012          FISH & RICHARDSON P.C.


                              By:      /s/ *Howard G. Pollack*
                                          Howard G. Pollack

                              Attorneys for Defendant
                              SRI INTERNATIONAL, INC.

JOINT STIPULATION TO DISMISS CERTAIN
COUNTS AGAINST DEFENDANT SRI          - 1 -
Case No. 3:12-cv-02540-JSW

**SIGNATURE ATTESTATION**

Pursuant to General Order No. 45, section X(B), and Local Rule 5.1(i)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Howard G. Pollack.

                                                            /s/ *Stefani E. Shanberg*
                                                                Stefani E. Shanberg

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: July 16, 2012

                                                                Jeffrey S. White
                                                                United States District Judge