| | |
|---|---|
| 1 | STEFANI E. SHANBERG (State Bar No. 206717) |
| | RYAN R. SMITH (State Bar No. 229323) |
| 2 | ROBIN L. BREWER (State Bar No. 253686) |
| | WILSON SONSINI GOODRICH & ROSATI |
| 3 | Professional Corporation |
| | 650 Page Mill Road |
| 4 | Palo Alto, California 94304-1050 |
| | Telephone: (650) 493-9300 |
| 5 | Facsimile: (650) 565-5100 |
| | E-Mail: sshanberg@wsgr.com |
| 6 | rsmith@wsgr.com |
| | rbrewer@wsgr.com |
| 7 | |
| | Attorneys for Plaintiff |
| 8 | FORTINET, INC. |
| | |
| 9 | HOWARD G. POLLACK (State Bar No. 162897) |
| | FISH & RICHARDSON P.C. |
| 10 | 500 Arguello Street, Suite 500 |
| | Redwood City, California 94063 |
| 11 | Telephone: (650) 839-5007 |
| | Facsimile: (650) 849-5071 |
| 12 | E-mail: pollack@fr.com |
| | |
| 13 | Attorneys for Defendant |
| | SRI INTERNATIONAL, INC. |

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| FORTINET, INC., | | Case No. 3:12-cv-02540-JSW |
| a Delaware corporation, | | |
| | | **JOINT STIPULATION TO CONTINUE** |
| | Plaintiff, | **CASE MANAGEMENT CONFERENCE** |
| | | **AND ORDER THEREON** |
| v. | | |
| | | Date: August 31, 2012 |
| SRI INTERNATIONAL, INC., | | Time: 1:30 p.m. |
| a California corporation, | | Place: Courtroom 2 |
| | | Judge: Honorable Jeffrey S. White |
| | Defendant. | |

JOINT STIPULATION TO CONTINUE
CASE MANAGEMENT CONFERENCE
Case No. 3:12-cv-02540-JSW

1  WHEREAS, Plaintiff Fortinet, Inc. ("Fortinet") and Defendant SRI International, Inc. ("SRI") (collectively "Parties") filed a Stipulated Request to Continue Case Management Conference from August 3 to August 17, 2012, or a later date agreeable with the Court's calendar;

WHEREAS, the Court continued the Case Management Conference to August 31, 2012;

WHEREAS, lead counsel for Fortinet has preexisting travel that she is unable to change and will be unable to attend the Case Management Conference on August 31, 2012;

WHEREAS, the Parties are also engaged in discussions regarding a resolution to this matter;

WHEREAS, the Parties are concurrently filing a similar Stipulated Request to Continue Case Management Conference in the related action pending before the Court (Case No. 3:12-cv-03231-JSW);

WHEREAS, counsel for the Parties have met and conferred and determined that lead counsel for both Parties are available for a Case Management Conference on September 14, 2012, September 21, 2012, or September 28, 2012;

IT IS HEREBY STIPULATED AND AGREED that the Parties, through their respective counsel, hereby respectfully request a continuance of the Case Management Conference presently scheduled for August 31, 2012, to September 14, 2012, September 21, 2012, or September 28, 2012, or a later date agreeable with the Court's calendar.

Dated: August 7, 2012

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/ *Stefani E. Shanberg*
       Stefani E. Shanberg

Attorneys for Plaintiff
FORTINET, INC.

/ / /

/ / /

/ / /

JOINT STIPULATION TO CONTINUE
CASE MANAGEMENT CONFERENCE
Case No. 3:12-cv-02540-JSW

1  Dated: August 7, 2012                                    FISH & RICHARDSON P.C.

                                                            By:    /s/ *Howard G. Pollack*
                                                                    Howard G. Pollack

                                                            Attorneys for Defendant
                                                            SRI INTERNATIONAL, INC.

## SIGNATURE ATTESTATION

Pursuant to General Order No. 45, section X(B), and Local Rule 5.1(i)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Howard G. Pollack.

                                                                   /s/ *Stefani E. Shanberg*
                                                                    Stefani E. Shanberg

## [PROPOSED] ORDER

Pursuant to stipulation, IT IS SO ORDERED. The Case Management Conference scheduled for August 31, 2012, is rescheduled to September 28, 2012 at 1:30 p.m.

Date: August 8, 2012

                                                            _____
                                                            Jeffrey S. White
                                                            United States District Judge

JOINT STIPULATION TO CONTINUE
CASE MANAGEMENT CONFERENCE           - 2 -
Case No. 3:12-cv-02540-JSW