# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| FORTINET, INC, <br><br>        Plaintiff, <br>  v. <br><br>SRI INTERNATIONAL, INC, <br><br>        Defendant. <br>_____ <br><br>CHECK POINT SOFTWARE TECHNOLOGIES INC., <br><br>        Plaintiff, <br>  v. <br><br>SRI INTERNATIONAL, INC, <br><br>        Defendant. <br>_____/ | No. C 12-02540 JSW (MEJ) <br><br>**ORDER RE DISCOVERY DISPUTES** <br><br><br><br><br>No. C 12-03231 JSW(MEJ) |

On February 7, 2013, the parties filed a pair of discovery letters regarding Plaintiffs' responses to SRI's Interrogatories Nos. 8 and 9 and its Requests for Production 11, 26, 58, and 66. In the letters, SRI contends that Fortinet and Check Point have failed to sufficiently answer and produce evidence responsive to the interrogatories and document requests; Plaintiffs, however, contend that SRI "raises already-resolves issues," and proffer an alternative outline of issues they believe remain outstanding. Because the parties' letters do not enable the Court to precisely gauge what issues remain unresolved or to meaningfully ascertain what discovery Plaintiffs have produced since the parties filed their letters, the Court **ORDERS** as follows. The parties shall meet and confer, in person, on **March 14, 2013 at 9:00 a.m.** in Courtroom B, located on the 15th Floor of the Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

At the meet and confer session, the parties shall come prepared to meaningfully discuss and resolve their outstanding discovery disputes. In the event that the parties are unable to resolve their disputes, they shall draft a joint letter at the meet and confer session in compliance with paragraph 4 of the standing order, and said letter shall be presented by the parties for filing at the conclusion of the session. Thus, the parties are **ORDERED** to bring with them one laptop and a USB port-compatible storage medium (such as a thumb drive) to use in drafting said letter.

**IT IS SO ORDERED.**

Dated: March 11, 2013

_____
Maria-Elena James
United States Magistrate Judge