JOHN M. NEUKOM (State Bar No. 275887)
ANDREW M. HOLMES (State Bar No. 260475)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700
E-Mail: johnneukom@quinnemanuel.com
drewholmes@quinnemanuel.com

Attorneys for Plaintiff
FORTINET, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| FORTINET, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SRI INTERNATIONAL, INC., a California corporation,<br><br>Defendant. | Case No. 3:12-cv-02540-JSW-MEJ<br><br>[PROPOSED] ORDER GRANTING SUBSTITUTION OF COUNSEL FOR PLAINTIFF FORTINET, INC. |

Having reviewed the Notice of Appearance and Substitution of Counsel for Plaintiff Fortinet, Inc., based on consent, and good cause appearing:

IT IS HEREBY ORDERED THAT Stefani E. Shanberg, Christopher Scott Andrews, Jason M. Garr, Jennifer J. Schmidt, Madeleine E. Greene, Michael J. Guo, and Robin L. Brewer of Wilson Sonsini Goodrich & Rosati, Professional Corporation, be permitted to withdraw as counsel of record, and John M. Neukom and Andrew M. Holmes of Quinn Emanuel Urquhart & Sullivan, LLP, may appear as substitute counsel of record for Plaintiff Fortinet, Inc. The Court's ECF system shall be updated to reflect these changes.

Dated: April 19, 2013

_____
UNITED STATES DISTRICT JUDGE