**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FORTINET, INC,

    Plaintiff,

v.

SRI INTERNATIONAL, INC,

    Defendant.
_____/

CHECK POINT SOFTWARE TECHNOLOGIES, INC.,

    Plaintiff,

v.

SRI INTERNATIONAL, INC,

    Defendant.
_____/

No. C 12-02540 JSW

**ORDER REQUIRING AMENDED JOINT CLAIMS CONSTRUCTION AND PREHEARING STATEMENT**

    The Court has reviewed the parties' joint claims construction and prehearing statement and finds that it does not comply with the requirements set forth by the Northern District Local Patent Rules and this Court's Standing Orders. The Local Patent Rules and the Court's Standing Order for Patent Cases limit the number of terms for construction to ten terms. (Standing Order for Patent Cases, ¶ 1.)

    In the parties joint claim construction statement, several of the terms actually include more than one term or phrase. For example, the terms 3, 4 and 6 actually include two separate

1 terms each. Therefore, the parties are seeking the construction of eleven terms. This is not
2 permissible.

3 Therefore, the Court HEREBY ORDERS that the parties shall file an amended joint
4 claims construction and prehearing statement that fully complies with the requirements set forth
5 by the Northern District Local Patent Rules and the Court's Standing Order. The parties shall
6 filed their amended joint claims construction and prehearing statement by no later than June 18,
7 2013. SRI International, Inc. ("SRI") shall file an amended opening claim construction brief by
8 no later than August 2, 2013. Plaintiffs Fortinet, Inc. and Check Point Software Technologies
9 Inc. shall file an amended responsive claim construction brief by no later than August 16, 2013.
10 SRI shall file an amended claim construction reply brief by no later than August 23, 2013. The
11 tutorial and claims construction hearing are CONTINUED to October 1 and 8, 2013 at 1:30
12 p.m.

13 **IT IS SO ORDERED.**

15 Dated: May 21, 2013

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

2