JOHN M. NEUKOM
State Bar No. 275887
ANDREW M. HOLMES
State Bar No. 260475
WILLIAM O. COOPER
State Bar No. 279385
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
E-mail:     johnneukom@quinnemanuel.com
E-mail:     drewholmes@quinnemanuel.com
E-mail:     willcooper@quinnemanuel.com

Attorneys for Plaintiff and Counterclaim
Defendant FORTINET, INC.

FRANK E. SCHERKENBACH
State Bar No. 142549
FISH & RICHARDSON, P.C.
One Marina Park Drive
Boston, Massachusetts 02110-1878
Telephone:    (617) 542-5070
Facsimile:    (617) 542-8906
E-Mail:       scherkenbach@fr.com

HOWARD G. POLLACK
State Bar No. 162897
FISH & RICHARDSON, P.C.
500 Arguello Street, Suite 500
Redwood City, California  94063
Telephone:    (650) 839-5070
Facsimile:    (650) 839-5071
E-Mail:       pollack@fr.com

Attorneys for Defendant and Counterclaim
Plaintiff SRI INTERNATIONAL, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FORTINET, INC.,<br>a Delaware corporation,<br><br>     Plaintiff and<br>     Counterclaim Defendant,<br><br>   v.<br><br>SRI INTERNATIONAL,<br>a California corporation,<br><br>     Defendant and<br>     Counterclaim Plaintiff. | Case No. 3:12-cv-02540-JSW<br><br>**JOINT STIPULATED DISMISSAL WITH PREJUDICE & ~~PROPOSED~~ ORDER** |

        Pursuant to stipulation, Plaintiff and Counterclaim Defendant Fortinet, Inc. together with

Defendant and Counterclaim Plaintiff SRI International, Inc. hereby stipulate and agree that this

case is dismissed with prejudice and that each party shall bear its own costs and fees.

//

//

//

//

Dated:  December 10, 2013                    QUINN EMANUEL URQUHART &
                                             SULLIVAN, LLP


                                             By:  _____/s/John M. Neukom_____
                                                          John M. Neukom

                                             Attorneys for Plaintiff and Counterclaim
                                             Defendant FORTINET, INC.

Dated:  December 10, 2013                    FISH & RICHARDSON, P.C.


                                             By:  _____/s/ Howard G. Pollack_____
                                                          Howard G. Pollack

                                             Attorneys for Defendant and Counterclaim
                                             Plaintiff SRI INTERNATIONAL, INC.

## SIGNATURE ATTESTATION

Pursuant to Civil Local Rule 5.1(i)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from its signatory, Howard G. Pollack.

                                   /s/ John M. Neukom
                                   JOHN M. NEUKOM


PURSUANT TO STIPULATION, IT IS **ORDERED** THAT:

ALL CLAIMS BY PLAINTIFF AND COUNTERCLAIM DEFENDANT FORTINET, INC., AGAINST DEFENDANT AND COUNTERCLAIM PLAINTIFF SRI INTERNATIONAL ARE DISMISSED **WITH PREJUDICE**.  ALL CLAIMS BY DEFENDANT AND COUNTERCLAIM PLAINTIFF SRI INTERNATIONAL AGAINST PLAINTIFF AND COUNTERCLAIM DEFENDANT FORTINET, INC., ARE DISMISSED **WITH PREJUDICE**.  EACH PARTY SHALL BEAR ITS OWN FEES AND COSTS.


DATED:  ___December 11___, 2013

                                   Hon. Jeffrey S. White
                                   United States District Court Judge


JOINT STIPULATED DISMISSAL WITH
PREJUDICE & ~~PROPOSED~~ ORDER
3:12-cv-02540-JSW